IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dismissal with prejudice
approved 9/21/17.
s/  James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

| | | |
|---|---|---|
| DAVID MCDANIEL | ) | CASE NO.: 1:17-CV-00706 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES GWIN |
| | ) | |
| v. | ) | **JOINT NOTICE OF DISMISSAL** |
| | ) | |
| TOLEDO INNS, INC., et al | ) | |
| | ) | |
| Defendants. | ) | |

We, the attorneys for the respective parties, do hereby jointly notify the Court that Plaintiff

David McDaniel and Defendants Toledo Inns, Inc., Matrix Personnel Staffing Solutions, and Tiana

Ortiz, have reached a settlement agreement in this matter. Accordingly, we, the attorneys for the

respective parties do hereby stipulate that the above-captioned case is settled and dismissed with

prejudice, each party to pay its own costs.


Respectfully submitted,

*/s/ Daniel S. Dubow*                          */s/David M. Smith (via email consent)*
Brian D. Spitz (0068816)                      TODD M. RASKIN (0003625)
Daniel S. Dubow (0095530)                     DAVID M. SMITH  (0079400)
The Spitz Law Firm, LLC                       100 Franklin's Row
25200 Chagrin Blvd, Suite 200                 34305 Solon Road
Beachwood Ohio, 44122                         Cleveland, Ohio  44139
(216) 291-4744 (phone)                        (440) 248-7906
(216) 291-5744 (facsimile)                    (440) 248-8861 - Fax
Email:  brian.spitz@spitzlawfirm.com          Email:  traskin@mrrlaw.com
        daniel.dubow@spitzlawfirm.com                 dsmith@mrrlaw.com
                                              *Counsel for Defendant*
*Attorney for Plaintiff David McDaniel*       *Matrix Personnel Solutions*